IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. CR417-229 |
| | ) |
| INDIA JANETTE HENDERSON, | ) |
| | ) |
| Defendant. | ) |

O R D E R

Before the Court is Defendant India Janette Henderson's motion for judicial recommendation. (Doc. 126.) According to the Federal Bureau of Prisons' ("BOP") website, Defendant was released from custody on December 2, 2020. See BOP Inmate Locator, Federal Bureau of Prisons, https://www.bop.gov/inmateloc/ (last visited on Aug. 25, 2023). Accordingly, Defendant's motion (Doc. 126) is **DISMISSED AS MOOT.**

SO ORDERED this 28th day of August 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA